## OKLAHOMA FUEL SUPPLY CO. v. McCLELLAN.

No. 6568—Opinion Filed June 13, 1916.

(158 Pac. 444.)

### Appeal and Error—Briefs—Effect of Failure to File—Reversal.

Where the plaintiff in error duly perfects his appeal to this court, and thereafter serves and files his brief, and the defendant in error fails to serve and file a brief and offers no excuse therefor, this court will not search the record for reasons to sustain the judgment of the court below, where it seems from the brief of plaintiff in error that the assignments of error are well taken, but will reverse and remand the cause.

(Syllabus by Rummons, C.)

Error from District Court, Rogers County; T. L. Brown, Judge.

Action by W. P. McClellan against the Oklahoma Fuel Supply Company. Judgment for plaintiff, and defendant brings error. Reversed and remanded.

Randolph, Haver & Shirk, for plaintiff in error.

Opinion by RUMMONS, C. The plaintiff in error duly perfected its appeal from the court below and duly filed and served its brief in this court, in compliance with the rules, but the defendant in error has failed to file a brief and has offered no excuse for such failure. The brief of the plaintiff in error, and authorities therein cited, seem to sustain the assignment of error taken therein. In such case, this court will not search the record for reasons to sustain the judgment of the court below, but will reverse and remand the cause.

The judgment of the court below should therefore be reversed and the cause remanded.

By the Court: It is so ordered.